UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADRIAN DAVID WILLIAMS,

*Plaintiff,*

v.

UNKNOWN RENNELLS,

*Defendant.*
_____/

Case No. 2:06-cv-157
HON. R. ALLAN EDGAR

## ORDER

Plaintiff Adrian David Williams, a state prisoner in the custody of the Michigan Department of Corrections brings this civil rights action under 42 U.S.C. § 1983. After initial review and screening of the plaintiff's complaint, Magistrate Judge Timothy P. Greeley has submitted a report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.1 and 72.2. [Doc. No. 4]. The Magistrate Judge recommends that the complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, and 42 U.S.C. § 1997e(c).

Plaintiff has not timely filed any objections. After reviewing the record, the Court hereby **ACCEPTS and ADOPTS** the report and recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). The plaintiff's complaint shall be **DISMISSED WITH PREJUDICE.** A separate judgment will be entered.

SO ORDERED.

Dated: August 17, 2006.                    */s/ R. Allan Edgar*
                                            R. ALLAN EDGAR
                                            UNITED STATES DISTRICT JUDGE